## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| MILAN CESAL AND | ) | |
| GUADALUPE CESAL, | ) | |
| | ) | Case No. 14-23498 |
| Debtors. | ) | |
| | ) | Honorable Judge Janet S. Baer |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 13, 2015 at 9:30 a.m., the undersigned will appear before the Honorable Judge Janet S. Baer at the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Room 615, Chicago, Illinois and will then and there present the attached **MOTION FOR ENTRY OF FINAL DECREE,** at which time you may appear if you so choose.

BY:    **S/PENELOPE N. BACH, OF COUNSEL**
**SULAIMAN LAW GROUP, LTD.**
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6209530

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| MILAN CESAL AND | ) | |
| GUADALUPE CESAL, | ) | |
| | ) | Case No. 14-23498 |
| Debtors. | ) | |
| | ) | Honorable Judge Janet S. Baer |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Reorganized Debtors, Milan Cesal and Guadalupe Cesal, by their attorneys, PAUL M. BACH and PENELOPE N. BACH, of Sulaiman Law Group, Ltd., and ask this Honorable Court to enter a Final Decree, as well as closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement.  In support thereof, the Reorganized Debtors states as follows:

1.  On June 24, 2014, the Debtors filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2.  On April 21, 2015, this Court held a hearing and entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Plan of Reorganization.

3.  The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

4.  Debtors  requests that this Court enter a final decree closing this Chapter 11 case.  The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the Reorganized Debtor, Milan Cesal and Guadalupe Cesal, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

Respectively Submitted,
Milan Cesal and Guadalupe Cesal

By: /s/ Penelope N. Bach

Mrs. Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181