**Milan and Guadalupe Cesal**
**14-23498**
**Report of Plan Payments**
**Exhibit A**

| Class | Creditor | Payment Amount | Payment Date |
|---|---|---|---|
| Administratiion | United States Trustee | 1,300.00 | July 13, 2015 * |
| 2A | DuPage County Treasurer | 10,429.17 | Prior to Confirmation |
| 2B | JPMorgan Chase | 1,052.91 | May 2015, June 2015 & July 2015 |
| 3A | American Express | 3,744.30 | May 31, 2015 |
|  | Choice Recovery | 11.67 | May 31, 2015 |
|  | Diversified Adjustment Services | 49.33 | May 31, 2015 |
|  | Medical Business Bureau | 28.67 | May 31, 2015 |
|  | Merchants Credit Guide | 330.00 | May 31, 2015 |
|  | **Total** | **4,163.97** |  |
| 3B | Bayview Loan Servicing, LLC | 60,000.00 | May 31, 2015 ** |

\* Payment will be made in Court
\*\* Payment did not arrive until June 23, 2105