UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 14-23498 |
| MILAN CESAL ) | | |
| GUADALUPE CESAL ) | Chapter: | 11 |
| ) | | |
| ) | Honorable Janet S. Baer | |
| ) | | |
| Debtor(s) ) | | |

## FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

This matter coming to be heard upon the motion of MILAN CESAL AND GUADALUPE CESAL, the reorganized debtors (the "Debtors"), for entry of a final decree and to close the bankruptcy case; proper notice having been provided; no creditor or party in interest having objected to the entry of a final decree and order closing the bankruptcy case; the Debtors' confirmed plan of reorganization (the "Plan") having been substantially consummated; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Pursuant to Bankruptcy Code section 350(a), the bankruptcy case is closed effective upon entry of this final decree and order.

2. Notwithstanding this final decree and order and the closing of the bankruptcy case:

   a) The Debtors shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the order confirming the plan (the "Confirmation Order");

   b) The Court shall retain jurisdiction in accordance with the Confirmation Order and Plan;

   c) The Debtors are required to pay all outstanding U.S. Trustee quarterly fees owed by the Debtors pursuant to 28 U.S.C. 1930 through and including entry of this final decree;

   d) Pursuant to 11 U.S.C. 1141(d)(5), the Debtors shall not receive a discharge of their debts unless and until, after notice and a hearing, the Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan if the Debtors meet the requirements under 11 U.S.C. 1141(d)(5)(B). In order to obtain a discharge, the Debtors will need to reopen the bankruptcy case.

3. The Debtors shall serve a copy of this order on all known creditors within seven (7) days of the entry of this order.

Enter:

*Janet S. Baer* (signature)

Honorable Janet S. Baer

Dated: July 13, 2015

United States Bankruptcy Judge

**Prepared by:**

    PENELOPE N. BACH, OF COUNSEL
    SULAIMAN LAW GROUP, LTD.
    COUNSEL FOR DEBTOR(S)
    900 JORIE BOULEVARD, SUITE 150
    OAK BROOK, IL 60523
    PHONE: (630) 575-8181
    FAX: (630) 575-8188
    ATTORNEY NO: 6284659